**UNITED STATES of America**

v.

**Robert Raymond RUCK, Appellant.**

No. 16034.

United States Court of Appeals
Third Circuit.

Argued May 22, 1967.

Decided May 29, 1967.

Michael Hahalyak, Pittsburgh, Pa., for appellant.

George E. Schumacher, Asst. U. S. Atty., Pittsburgh, Pa. (Gustave Diamond, U. S. Atty., Pittsburgh, Pa., on the brief), for appellee.

Before STALEY, Chief Judge, and KALODNER and FREEDMAN, Circuit Judges.

OPINION OF THE COURT

PER CURIAM:

On review of the record we find no error. The judgment of sentence of the District Court will be affirmed.

**L. A. MOORE, Appellant,**

v.

**John W. GARDNER, Secretary of Health, Education & Welfare, Appellee.**

No. 16013.

United States Court of Appeals
Third Circuit.

Argued March 21, 1967.

Decided April 27, 1967.

Sol R. Gitman, Philadelphia, Pa., for appellant.

Morton Hollander, Chief, Appellate Section, Dept. of Justice, Civil Division, Washington, D. C. (Barefoot Sanders, Asst. Atty. Gen., Drew J. T. O'Keefe, U. S. Atty., William Kanter, Attorney, Department of Justice, Washington, D. C., on the brief), for respondent.

Before STALEY, Chief Judge, and KALODNER and SMITH, Circuit Judges.

OPINION OF THE COURT

PER CURIAM.

This appeal is from a summary judgment in favor of the defendant in an action brought pursuant to § 405(g) of Title 42 U.S.C.A. We have carefully examined the record and can find no error.

The judgment of the district court will be affirmed for the reasons so well stated by Judge Davis in his opinion reported at 252 F.Supp. 593 (E.D.Pa.1966).